PLESE Adopt this Inmate NAME 198381633 Civil

●#4  NO Fee/NOIFP  LAW Suit
                              AT                                    1541
WESTERN Distric Federal Court
                    AT              16-1633
              400 Wood Street
Pittsburgh,        PENNSYLVNIA
                              15219

PLAINtiff                                    §DAYE 10/2016
Mr. Dewitt Thomas Smith junior.             §depth
Social Security Administration.             October 15, 2016
birth 7/19/48,    no. ███-3625 files.       §Time 134Am
United States of America dhat 6 Himwright 20th
West (Urdon) Army file no U.S. 678059034.
● Natitated Onicess file no for 1971 on 1972. No
Pennsylvania Production
              file no H1164. 1975 on 1974.

RECEIVED

OCT 28 2016

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

538 ½ Grans street
Mckeesport, Pennsylvania 15132-2002.
              VERS'S
Mercy, Behavior Health Jean Linneas Psychion Assistone
315 A 9th street south side Agrop chris Church
Pittsburgh, PA 15203.     At Neal Gangill
                    At Brend Lee Hensun
                              group 4 Employan

PLESE Allow ME MR. DEWiTT ThomAS SmiTh juENioR.,
● The PRiVEledge To TRANSCRibE AN PROCEE iN this
    INmAT 198381633 Civil LAW SUiTE for WRiT for
PREME tAVEGE dAmAGES AN FOR WRiT OF HAbus Courpus,
for EXtortion AN delor PRizE ACTioN to TRANSCRib AN tO PROCEE.

(1.) On or about October 10, 2016,,, I Mr Dewitt Thomas Smith junior Social Security file Administration no ████-3625 and United States army file training no U.S.6780590540 file no for years 1971 and 1972, Pennsylvania Production file no H1164 file 1980, was mental constructs on psyc[?] groups etc on demises from 2004 to 2016 by psychiatric [illegible] on [illegible] Homes and constantly told by [illegible] all [illegible] by seen [illegible] Blood Lee [illegible] [illegible] on all staff employed at Mercy Behavioral Health at 315 S 9th street south side Pittsburgh Pennsylvania 15134 or 15213 on [illegible] [illegible] 3 to 4 years and [illegible] in unity with staff at the Allegheny Court Behavioral Clinic chief psychiatrist on Court soil Drug Vendor at 4th [illegible] Pittsburgh Pennsylvania on Jeffrey Ayers Pennsylvania Production office at 134 Enterprise street Pittsburgh, Pa 15206 there [illegible] [illegible] telling me mr Dewitt Thomas Smith junior that in on production [illegible] six months you myself test [illegible] the one Mr Jeffrey Ayers at no time in the 2006 or 2008 [illegible] gave mr Dewitt Thomas Smith junior no Pennsylvania Production telling Mr Dewitt Thomas Smith that he was on Pennsylvania State Production, Are Mr Jeffrey Ayers working in [illegible] with employee of Mercy Behavioral Health

(2.) All conduct as a psychiatric Assistant of one Mr. Jean Conway, was that of schemery or complaints of concern with smiter on lunch with staff of Mercy Behavior Well of A D MS Building on 39th street south side of Pittsburgh, Pennsylvania 15203 for 3 year prior to October 2016, against Mr. Dewitt Thomas Smith at all times giving Dewitt Thomas Smith false show of concern daily by food or late medicator for placator off or on prescription of scheduled medicine there on for 3 years.

(3.) Inclosed with this 1983§1633 Civil Writ of Habeas Corpus petition is legal medical papers from Mr. Jean Conway, even then no other psychiatrist or psychologist resident assisted, the guest Jean Conway purposely able to show on our country or purposely citizen nor tied by United State of America Psychiatrist for this medicine. In with Chief Christopher Brond Lee Hussein Red Aju all conspiracy against Dewitt Thomas Smith i Dewitt Thomas Smith upon ask for the arrest of the Attorney General on Secretary General of 1000 Liberty Avenue Pittsburgh Pennsylvania by long cover of Plaintiff to the deputy there on.

(3) In my plite i Dewitt Thomas Smith junior
ask for on 1983 $1633 Civil Law Suit Hearing
within 180 week day on a nesshuring orde
on a monitory award for the mount
of 900 on 890 Quadizillion dollar
900 A 890 Quadizillion dollar
800 AN 69 Quadizillion dollars
600 AN99 Szillion times.
AN posible Crimall Procussion Aginst
State Defentis in this 1983 $1633 Cival
Law Suite for Prompty 9 gave damage
AN for Write for Habus Courpes
Action Aginst Defents of Mercy Behaivor
impkoyees By 315 S 9th stree south side Pittsburgh, Pe-
nnsylvnia 15206 (dalsa ask for my alloney
Calvul Boylu of 469 Pittsburgh Plote Glllyn
Date Plozea 76 Mche Que Pot LPa 15309.6
October 14, 2016. le made em my tollon
Mr. Dewitt Thomas Smith jr
538 ½ Evans Street opt 11
Mckeesport, PG 15132-2623 det

